# EXHIBIT 2

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16**

Lone Star Document Management LLC ("Lone Star") provides evidence of infringement of claim 16 of U.S. Patent No. 6,918,082  (hereinafter "the '082 patent") by Vitrium Systems, Inc. ("Vitrium").  In support thereof, Lone Star provides the following claim charts.

"Accused Instrumentalities" as used herein refers to at least Vitrium systems and methods, including one or more hardware and software products for document and content management and related services, which by way of example include but are not limited to Vitrium Security Editions solution. (*see, e.g.*, Vitrium Security Editions, https://www.vitrium.com/blog/data-sheets/product-comparison) (Exhibit 4) (the "Accused Instrumentalities").

These claim charts demonstrate Vitrium's infringement, and provide notice of such infringement, by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Instrumentalities.  These claim charts are not intended to constitute an expert report on infringement.  These claim charts include information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Instrumentalities, as Vitrium has not yet provided any non-public information.  An analysis of Vitrium's (or other third parties') technical documentation and/or software source code may assist in fully identifying all infringing features and functionality.  Accordingly, Lone Star reserves the right to supplement this infringement analysis once such information is made available to Lone Star.  Furthermore, Lone Star reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claims.

Lone Star provides this evidence of infringement and related analysis without the benefit of claim construction or expert reports or discovery.  Lone Star reserves the right to supplement, amend or otherwise modify this analysis and/or evidence based on any such claim construction or expert reports or discovery.

Unless otherwise noted, Lone Star contends that Vitrium directly infringes the '082 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Instrumentalities.

Unless otherwise noted, Lone Star believes and contends that each element of each claim asserted herein is literally met through Vitrium's provision of the Accused Instrumentalities.  However, to the extent that Vitrium attempts to allege that any asserted claim element is not literally met, Lone Star believes and contends that such elements are met under the doctrine of equivalents.  More specifically, in its investigation and analysis of the Accused Instrumentalities, Lone Star did not identify any

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16**

substantial differences between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as set forth herein.  In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Instrumentalities, Lone Star asserts that, on information and belief, any similarly functioning instrumentalities also infringes the charted claim.  Lone Star reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by Vitrium.  Lone Star also reserves the right to amend this infringement analysis by citing other claims of the '082 patent, not listed in the claim chart, that are infringed by the Accused Instrumentalities.  Lone Star further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16**

| Claim #10 | Accused Instrumentalities |
|---|---|
| **A system for proofing electronic documents delivered over a network, comprising:** | **The Accused Instrumentalities comprise a system for proofing electronic documents delivered over a network.**<br><br>The Accused Instrumentalities include a system for proofing electronic documents delivered over a network.<br><br>In particular, the Accused Instrumentalities include "Vitrium Security Editions", which uses a system for proofing electronic documents delivered over a network.<br><br>Vitrium offers 3 different editions to fit your content protection and distribution needs. Vitrium Security Pro, Vitrium Security Enterprise, and VitriumOne.<br><br>Vitrium can work with you to identify which edition may be best for your business based on your specific workflows. Professional Edition is great for smaller use cases where you'll manage your content, users and permissions directly within Vitrium. Enterprise Edition is great for when you want to automate your processes or integrate Vitrium with a 3rd party system such as a CRM, LMS, AMS, content management system, eCommerce system, and more. VitriumOne is useful if you need to license your content to customers or partners who can then redistribute content to their customers or users.<br><br>Source: Vitrium Security Editions<br><br>https://www.vitrium.com/blog/data-sheets/product-comparison (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16**



Source: Vitrium Security Editions

https://www.vitrium.com/blog/data-sheets/product-comparison (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16**

> Among the different content protection and digital rights management technologies in the market today, very few function without the need for users to download 3rd party proprietary applications or plug-ins to access protected content. Since 2005, Vitrium has been one of the premier DRM providers focused on providing plug-in free access to content and, in 2012, introduced a more modern web viewer technology to its customers that allow their authorized users instant access to their content on any browser or device, without the need for messy and hassle-ridden external apps or plug-ins. It's this balance between protecting an organization's valuable intellectual property and providing seamless access for their users, that keeps organizations coming back to Vitrium.

Source: Overview of Vitrium's Web Viewer

https://www.vitrium.com/blog/vitrium-webviewer (annotations added)

### Annotations & Highlighting Tools

These features are particularly beneficial to those who need to interact with the content, such as students and researchers marking-up the important parts of the documents and adding comments and notes as they would with physical textbooks or papers. Vitrium's annotations and highlighting features are saved with the document so no matter what device a user accesses their content on, they will be able to see the same annotations and highlights on all devices!

Source: Overview of Vitrium's Web Viewer

https://www.vitrium.com/blog/vitrium-webviewer (annotations added)

The evidence above confirms that the Accused Instrumentalities include a system for proofing electronic documents delivered over a network.

An example of a "proofing" within the '082 patent is "to view the document version for review and comment" (See '082, e.g., 3:59-62).

To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial.

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16

| a database of portable format electronic documents stored together with at least one proofer identifier; | **The Accused Instrumentalities comprise a database of portable format electronic documents stored together with at least one proofer identifier.**<br><br>The Accused Instrumentalities include a database of portable format electronic documents.<br><br>In particular, the Accused Instrumentalities include "Vitrium Security Editions", which uses a database of documents including portable format electronic documents.<br><br><br><br>Source: Enterprise Content Security and DRM Software<br><br>https://web.archive.org/web/20190827160111/https://www.vitrium.com/ (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16**



Source: Enterprise Content Security and DRM Software

https://web.archive.org/web/20190827160111/https://www.vitrium.com/ (annotations added)

Source: Vitrium Security - DRM Software, Time Stamp [0:37/1:43]

https://www.youtube.com/watch?v=vlqR1I00eTM (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16**



Source: Protect Multiple File Formats With Vitrium

https://www.vitrium.com/ (annotations added)

The Accused Instrumentalities include the database of portable format electronic documents stored together with at least one proofer identifier.

In particular, the Accused Instrumentalities include "Vitrium Industries Ltd", which uses a database of document (portable format electronic documents), stored together with at least one proofer identifier.



Source: Enterprise Content Security and DRM Software

http://web.archive.org/web/20191118093919/https://www.vitrium.com/ (annotations added)

Source: Vitrium Security Editions

https://www.vitrium.com/blog/data-sheets/product-comparison (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16**



Source: Introduction to Vitrium Security, Time Stamp [2:53/8:31]

https://www.youtube.com/watch?v=U3NvfHUCnEk (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16**



**Introduction to Vitrium Security**

Source: Introduction to Vitrium Security, Time Stamp [3:47/8:31]

https://www.youtube.com/watch?v=U3NvfHUCnEk (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16**



**Introduction to Vitrium Security**

Source: Introduction to Vitrium Security, Time Stamp [4:15/8:31]

https://www.youtube.com/watch?v=U3NvfHUCnEk (annotations added)

The Accused Instrumentalities include a database of portable format electronic documents stored together with at least one proofer identifier.

An example of a "portable format document" within the '082 patent is "to allow document creators and document approvers (or proof-readers) to exchange computer files without regard to the original authoring software or computer platform." (See '082, e.g., 1:55-58). An example of a "proof identifier" within the '082 patent is "a client is a unique group/collection of proofers. In this regard, it is understood that members of a client group may each have the same or different proofer identifiers." (See '082, e.g., 5:35-38).

To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial.

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16

| a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents; and | **The Accused Instrumentalities comprise a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents.** |
|---|---|
| | The Accused Instrumentalities include a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents. |
| | In particular, the Accused Instrumentalities include "Vitrium Industries Ltd", which uses a secure web viewer (running on the computer) for receiving reviewers' notes (comments), each concerning a particular one of the portable format documents. |



Source: Vitrium Security Editions

https://www.vitrium.com/blog/data-sheets/product-comparison (annotations added)

13 of 38

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16**

## Key Benefits of Vitrium's Web Viewer

- Available for all file types: video, audio, documents and images
- No apps or plug-ins or Flash Player required to access content
- Compatible with desktop, tablet and mobile devices
- Content cannot be downloaded and won't consume storage on the user's computer or device
- Offline access is available for documents and images
- Annotations and highlights are available for users and will be consistent across any device they access content on
- Multi-language support available

Source: Overview of Vitrium's Web Viewer

https://www.vitrium.com/blog/vitrium-webviewer (annotations added)

## Annotations & Highlighting Tools

These features are particularly beneficial to those who need to interact with the content, such as students and researchers marking-up the important parts of the documents and adding comments and notes as they would with physical textbooks or papers. Vitrium's annotations and highlighting features are saved with the document so no matter what device a user accesses their content on, they will be able to see the same annotations and highlights on all devices!

Source: Overview of Vitrium's Web Viewer

https://www.vitrium.com/blog/vitrium-webviewer (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16**

## Note / Comment Tool

Users who need to add comments to different parts of the content, especially long notes, will surely benefit from the Note tool. It is displayed as a call-out icon in the content that expands upon clicking, and is fully movable and editable.

Source: Overview of Vitrium's Web Viewer

https://www.vitrium.com/blog/vitrium-webviewer (annotations added)



Source: Overview of Vitrium's Web Viewer

https://www.vitrium.com/blog/vitrium-webviewer (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16**



Source: Overview of Vitrium's Web Viewer

https://www.vitrium.com/blog/vitrium-webviewer (annotations added)

**Introduction to Vitrium Security**

Source: Introduction to Vitrium Security, Time Stamp [6:10/8:31]

https://www.youtube.com/watch?v=U3NvfHUCnEk (annotations added)

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16



**Introduction to Vitrium Security**

Source: Introduction to Vitrium Security, Time Stamp [6:22/8:31]

https://www.youtube.com/watch?v=U3NvfHUCnEk (annotations added)

The evidence above confirms that the Accused Instrumentalities include a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents.

An example of a "computer connectable to the network" within the '082 patent is "Documents 54 are received from creators 56 and made available to proofers 52 over a network 58 by central computer 60." (See '082, e.g., 3:56-58). An example of "receiving plurality of comments" within the '082 patent is "Upon review of displayed document versions, proofers 52 may return comments 70 to central computer 60 for storage on database 64 together with the corresponding document version." (See '082, e.g., 4:6-9).

To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial.

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16

| a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents; | **The Accused Instrumentalities comprise a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents.**<br><br>The Accused Instrumentalities include a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents.<br><br>In particular, the Accused Instrumentalities include "Vitrium Security Editions", which uses a program executing on computer (secure web viewer) for associating and storing the received plurality of notes/comments together with "document" (i.e., the particular portable format electronic documents).<br><br>## Key Benefits of Vitrium's Web Viewer<br><br>• Available for all file types: video, audio, documents and images<br>• No apps or plug-ins or Flash Player required to access content<br>• Compatible with desktop, tablet and mobile devices<br>• Content cannot be downloaded and won't consume storage on the user's computer or device<br>• Offline access is available for documents and images<br>• Annotations and highlights are available for users and will be consistent across any device they access content on<br>• Multi-language support available<br><br>Source: Overview of Vitrium's Web Viewer<br><br>https://www.vitrium.com/blog/vitrium-webviewer (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16**

## Annotations & Highlighting Tools

These features are particularly beneficial to those who need to interact with the content, such as students and researchers marking-up the important parts of the documents and adding comments and notes as they would with physical textbooks or papers. Vitrium's annotations and highlighting features are saved with the document so no matter what device a user accesses their content on, they will be able to see the same annotations and highlights on all devices!

Source: Overview of Vitrium's Web Viewer

https://www.vitrium.com/blog/vitrium-webviewer (annotations added)

## Note / Comment Tool

Users who need to add comments to different parts of the content, especially long notes, will surely benefit from the Note tool. It is displayed as a call-out icon in the content that expands upon clicking, and is fully movable and editable.

Source: Overview of Vitrium's Web Viewer

https://www.vitrium.com/blog/vitrium-webviewer (annotations added)

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16



Source: Overview of Vitrium's Web Viewer

https://www.vitrium.com/blog/vitrium-webviewer (annotations added)

Source: Introduction to Vitrium Security, Time Stamp [6:22/8:31]

https://www.youtube.com/watch?v=U3NvfHUCnEk (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16**



**Vitrium Security - Document Security and Digital Rights Management (DRM) Software**

Source: Vitrium Security - DRM Software, Time Stamp [0:37/1:43]

https://www.youtube.com/watch?v=vlqR1I00eTM (annotations added)

The evidence confirms that the Accused Instrumentalities include a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents.

An example of a "program executing on computer" within the '082 patent is "The computer also receives comments submitted by proofers, in which case the program stores the comments together with the corresponding document version." (See '082, e.g., 3:28-30).

To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial.

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16

| said computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document; | **The Accused Instrumentalities comprise a computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document.**<br><br>The Accused Instrumentalities include a computer for receiving a request, from a proofer presenting the proofer identifier.<br><br>In particular, the Accused Instrumentalities include "Vitrium Security Editions" which uses a secure web viewer (running on a computer) for receiving a request from user (proofer) presenting their user ID (i.e., proofing identifier).<br><br><br><br>Source: Vitrium Security Editions<br><br>https://www.vitrium.com/blog/data-sheets/product-comparison (annotations added) |

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16



Source: Enterprise Content Security and DRM Software

http://web.archive.org/web/20191118093919/https://www.vitrium.com/ (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16**

| | Vitrium Pro | Vitrium Enterprise | VitriumOne |
|---|---|---|---|
| access code | | | |
| **User Access** ∧ | | | |
| Access documents and images via a secure web viewer with viewing and annotation features | ✓ | ✓ | ✓ |
| Access videos and audio via secure, streaming web player with different resolutions, bookmarks and more ⓘ | ✓ | ✓ | ✓ |
| Access content via a central, customized web portal | ✓ | ✓ | ✓ |
| Implement single sign-on (SSO) access with Google, Microsoft, Facebook and Salesforce ⓘ | ✓ | ✓ | ✓ |

Source: Vitrium Security Editions

https://www.vitrium.com/blog/data-sheets/product-comparison (annotations added)

24 of 38

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16**



**Introduction to Vitrium Security**

Source: Introduction to Vitrium Security, Time Stamp [2:53/8:31]

https://www.youtube.com/watch?v=U3NvfHUCnEk (annotations added)

25 of 38

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16**



**Introduction to Vitrium Security**

Source: Introduction to Vitrium Security, Time Stamp [5:40/8:31]

https://www.youtube.com/watch?v=U3NvfHUCnEk (annotations added)

The Accused Instrumentalities include a computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document.

In particular, the Accused Instrumentalities include "Vitrium Industries Ltd", which uses a secure web viewer (running on the computer) for receiving a request from user (proofer) presenting their user ID (i.e., proofing identifier) to review the portable format document.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16**



Source: Introduction to Vitrium Security, Time stamp, [6:47/8:31]

https://www.youtube.com/watch?v=U3NvfHUCnEk (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16**



**Introduction to Vitrium Security**

Source: Introduction to Vitrium Security, Time Stamp [6:27/8:31]

https://www.youtube.com/watch?v=U3NvfHUCnEk (annotations added)

The evidence above confirms that the Accused Instrumentalities include a computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document.

To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16**

| | |
|---|---|
| **said program for retrieving and formatting the requested document together with the associated plurality of comments for simultaneous display to permit review.** | **The Accused Instrumentalities comprise a program for retrieving and formatting the requested document for simultaneous display to permit review.**<br><br>The Accused Instrumentalities include a program for retrieving and formatting the requested document.<br><br>In particular, the Accused Instrumentalities include "Vitrium Security Editions" which uses a secure web viewer (program running on computer) for retrieving and formatting the requested document.<br><br><br><br>**Introduction to Vitrium Security**<br><br>Source: Introduction to Vitrium Security, Time Stamp [5:44/8:31]<br><br>https://www.youtube.com/watch?v=U3NvfHUCnEk (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16**



**Introduction to Vitrium Security**

Source: Introduction to Vitrium Security, Time Stamp [5:46/8:31]

https://www.youtube.com/watch?v=U3NvfHUCnEk (annotations added)

The Accused Instrumentalities include a program for retrieving and formatting the requested document together with the associated plurality of comments for simultaneous display to permit review.

In particular, the Accused Instrumentalities include "Vitrium Industries Ltd" which includes uses a secure web viewer (program running on computer) for retrieving and formatting the requested document together with the associated plurality of comments for simultaneous display to permit review.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16**

## Annotations & Highlighting Tools

These features are particularly beneficial to those who need to interact with the content, such as students and researchers marking-up the important parts of the documents and adding comments and notes as they would with physical textbooks or papers. Vitrium's annotations and highlighting features are saved with the document so no matter what device a user accesses their content on, they will be able to see the same annotations and highlights on all devices!

Source: Overview of Vitrium's Web Viewer

https://www.vitrium.com/blog/vitrium-webviewer (annotations added)

## Note / Comment Tool

Users who need to add comments to different parts of the content, especially long notes, will surely benefit from the Note tool. It is displayed as a call-out icon in the content that expands upon clicking, an is fully movable and editable.

Source: Overview of Vitrium's Web Viewer

https://www.vitrium.com/blog/vitrium-webviewer (annotations added)

31 of 38

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16**



Source: Overview of Vitrium's Web Viewer

https://www.vitrium.com/blog/vitrium-webviewer (annotations added)

U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16



**Introduction to Vitrium Security**

Source: Introduction to Vitrium Security, Time Stamp [6:22/8:31]

https://www.youtube.com/watch?v=U3NvfHUCnEk (annotations added)

The evidence above confirms that the Accused Instrumentalities include a program for retrieving and formatting the requested document together with the associated plurality of comments for simultaneous display to permit review.

An example of "retrieving and formatting the requested document" within the '082 patent is "Subsequent formatting and display of the same document version may thereby include a complete history of comments submitted by various other reviewers." (See '082, e.g., 4:9-11).

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16**

| | |
|---|---|
| | To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |
| Claim 16 | Accused Instrumentalities |
| **The system of claim 10 wherein said program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.** | **The Accused Instrumentalities comprise a program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.**<br><br>The Accused Instrumentalities include a program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.<br><br>The Accused Instrumentalities include "Vitrium Security Editions" which uses a program for retrieving record corresponding to requested document and assembles a URL link that point to the specific document" (i.e., document from data in the record).<br><br><br><br>Introduction to Vitrium Security<br><br>Source: Introduction to Vitrium Security, Time Stamp [5:46/8:31]<br><br>https://www.youtube.com/watch?v=U3NvfHUCnEk (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16**

| | |
|---|---|
| | We have uploaded your content to Vitrium Security automatically adding layers of encryption and DRM controls, and we have added your audience (Users) to your account. The next step is getting your secured video, document, and image content to your audience. Vitrium Security gives you options to reach your audience by delivering two types of secured file outputs: a **Secured Web Link or URL** so that you content can be viewed on any device through a web browser, or a **Secured PDF File** for documents and images that can be viewed only on Adobe Reader or Acrobat.<br><br>Source: Share Your Secured Content<br><br>https://www.vitrium.com/blog/step-3-share-your-secured-content (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16**



Source: Introduction to Vitrium Security, Time Stamp [5:26/8:31]

https://www.youtube.com/watch?v=U3NvfHUCnEk (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16**



**Introduction to Vitrium Security**

Source: Introduction to Vitrium Security, Time Stamp [5:34/8:31]

https://www.youtube.com/watch?v=U3NvfHUCnEk (annotations added)

The evidence above confirms the Accused Instrumentalities include a program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Vitrium Systems, Inc. - Claim 16**

| | |
|---|---|
| | An example of "assembles a URL" within the '082 patent is "When a proofer requests a document version, the URL is assembled by combining the protocol and host "<protocol>://<host>" together with the directory tree structure assembled from the information about the document version "<client>/<version>/<name>". The complete URL takes the form <protocol>://<host>/<client>/<project>/<version>/<name>/." (See '082, e.g., 5:55-61). An example of "retrieved record" within the '082 patent is "information stored in records 88 for each unique tag 106 include creator identifier 108, creation date and time 110, approval status 112, document description 114, current version number 116 and latest version number 118" (See '082, e.g., 6:10-14).<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |